THOS. PIPITONE, INC., et al., Respondents, *v.* PIPITONE SALES CORPORATION et al., Appellants.

(Argued January 19, 1933; decided February 28, 1933.)

*Joseph Joffe* and *Louis Joffe* for appellants.
*Samuel F. Frank* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.